UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 09-32600 |
|---|---|
| Daniel W Hammiel | (Chapter 13) |
| Deborah L Hammiel | |
| Debtors | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4019300**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 25 | WELLS FARGO BANK NA<br>1 HOME CAMPUS<br>ATTN BANKRUPTCY PAYMENT PROCESSING<br>MAC# X2501-01D<br>DES MOINES, IA  50328 | 522.40 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/16/2010

Certificate of Service                09-32600

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

Daniel W Hammiel
Deborah L Hammiel
1029 Winding Way
Lebanon, OH  45036

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

(21.1n)
GE MONEY BANK
% RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE   SUITE 1120
MIAMI, FL  33131

(22.1n)
HSBC BANK NEVADA NA
% BASS & ASSOCIATES
3936 E FT LOWELL ROAD STE 200
TUCSON, AZ  85712

(26.1n)
JOHN A SCHUH
2662 MADISON RD
CINCINNATI, OH  45208

(25.4)
MICHAEL R PROCTOR
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201

(25.1)
WELLS FARGO BANK NA
1 HOME CAMPUS
ATTN BANKRUPTCY PAYMENT PROCESSING
MAC# X2501-01D
DES MOINES, IA  50328

Jeffrey M. Kellner BY          /s/ Jeffrey M. Kellner                    sv